(INND Rev. 1/21)                                                                                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

**Jacob Robert Cobb**,
[*You are the PLAINTIFF, print your full name on this line.*]

Rec# SB 1105

-FILED-
MAY 19 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

**Teamsters Local 135**,
[*The DEFENDANT is who you are suing.*]

Case Number **3:23 CV 447**
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: **1424 Weller Ave, LaPorte IN 46350**

2. My telephone number is: (**219**) **575-9585**

3. The Defendant's address is: **2829 Madison Ave Indianapolis IN 46225**

4. This action is brought for employment discrimination pursuant to:

   ☒ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

   ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☒ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☒ Other: **NLRB/NLRA (Labor Laws Were violated as well as Criminal laws) I reported Hate Crime to FBI**

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: **04-10-2023**

6. The date on my Notice of Right to Sue letter is: **04-30-2023**

7. The date I received my Notice of Right to Sue letter was: **04-30-2023**

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The Teamsters Union has retaliated, harrassed, and/or discriminated against me as an individual, a Union Steward, and as a Chief Steward. They unlawfully assist the employer Kuraray Monosol to carry out and embolden the Federal & criminal allegations I am making & have made. I and 200 people I was elected to lead at the time have suffered losses & damages as a result of the illegal and immoral/unethical behaviors, tactics, unilaterally implemented orders. I was denied information critical to prove/show I was not paranoid about my & 200 other Union Workers working conditions both by the employer terminating me and fabricating a sealed warrant calling for my arrest the day after termination. on Jan Jan 5th 2021 & Sealed Warrant Jan 6th 2021. The union failed to pursue any information I requested probing a group hostile work environment, and 3 grievances and ULP charges for myself and 2 other workers at the time, that were, a covered up death threat/threat of serious bodily injurie of our 1st Black Steward and a termination for a Chief Byrkus. Jerald Hodges was the black man I was representing as well as other blacks and minorities. I was confronting Forced 60hr swings for 10 years towards our collective group. I was denied information for myself and collective group at Kuraroy Monosol. I suffered police retaliation so did others. I Lost $360,000 home my 14 year rental house business, sold one

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

rental, I have PTSD, Filed for disability, Lost retirement (50,000) Healthcare, Lost safety & security especially after termination police telling me to stop sending emails to the NLRB etc. (Please See Attached EEOC Charge as well)

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay the maximum that the law calls for if the judge sees my arguments. I previously submitted around an $8 million figure loss. I need to move away, need past & future lost wages & benefits. If the level of intentional abuse, neglect, and wreckless disregard for my & others health and safety call for punitive damages and/or double that it requested. Pain sufferings, Defamation of Character, the Verdict matters to me (Relief for all 200 if possible)

**DOCUMENTS** – I have attached a copy of the following documents:

- [x] Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- [x] Notice of Right to Sue letter
- [ ] Other: _____

**FILING FEE** – Are you paying the filing fee?

- [x] Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- [ ] No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

J.C. I will keep a copy of this complaint for my records.
J.C. I will promptly notify the court of any change of address.
J.C. I declare **under penalty of perjury** that the statements in this complaint are true.

_____        05-19-2023
Signature                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]